UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

DENISE D. PICCIONE,

                Plaintiff,

v.

L. DAVIS, Acting Warden.

                Defendant.

Civil No. 25-782 (JRT/EMB)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Denise D. Piccione, 1116 Tumbleweed Avenue, Las Vegas, NV, pro se Plaintiff.

Ana H. Voss, Erin M. Secord, United States Attorney's Office, 300 South 4th Street, Suite 600, Minneapolis, MN, for Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Elsa M. Bullard dated October 23, 2025 (Docket No. [26]), along with all the files and records, and because no objections to the Report and Recommendation have been filed,

**IT IS HEREBY ORDERED** that:

    1. Petitioner Piccione's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Docket. No. [1]) is **DENIED AS MOOT**.

    2. Petitioner Piccione's "Motion to Clarify and Correct FSA Time Credits and Computation of Sentence Pursuant to 28 USC § 2241" (Docket No. [18]) is **DENIED AS MOOT**.

-2-

3. This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: January , 20, 2026                    \_\_\_\_\_/s/ John R. Tunheim\_\_\_\_\_
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                    United States District Judge